IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00121-MR-WCM

| | |
|---|---|
| ROBERT RHINEHART, DANIELA CARRASCO CASTILLO, L. B. C., and D.B.C., <br><br> Plaintiffs, <br> v. <br><br> ALEJANDRO MAYORKAS *(in his official capacity)* Secretary of Homeland Security, United States Department of Homeland Security; **UR MENDOZA JADDOU** *(in her official capacity)* Director of U.S. Citizenship and Immigration Services; **TERRI ROBINSON** *(in her official capacity)* Director of the U.S. Citizenship and Immigration Services National Benefits Center; **DEBRA ROGERS** *(in his/her official capacity)* of the U.S. Citizenship and Immigration Services Potomac Service Center; **CHRISTOPHER HEFFRON** *(in his/her official capacity)* of the U.S. Citizenship and Immigration Services Charlotte Field Office; **CONN SCHRADER** *(in his official capacity)* Director of the National Visa Center, United States Department of State; and **MERRICK B. GARLAND** *(in his official capacity)* Attorney General of the United States, <br><br> Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Helen Parsonage. The Motion indicates that Ms. Parsonage, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that she seeks the admission of Saman Movassaghi, who the Motion represents as being a member in good standing of the Bar of Florida. It further appears that the requisite admission fee has been paid.

Defendants have not yet appeared in this action, and the Motion is unclear as to whether counsel for the other parties do or do not oppose the Motion.

Seeing no facial defect in the Motion, the undersigned will grant the request. Any defendant may, however, request that the admission of Saman Movassaghi be reconsidered, after that defendant has appeared in this matter, provided that any such request for reconsideration is supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 4) is **GRANTED**, and Saman Movassaghi is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to any Defendant's right to challenge Saman Movassaghi's admission, provided that any such

motion is filed within **fourteen days** of that Defendant's appearance in this matter and is appropriately supported.

Signed: May 23, 2023

W. Carleton Metcalf
United States Magistrate Judge